# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| AARON BLANCHE,<br><br>　　　　　Petitioner,<br>v.<br><br>ALAN FINNAN,<br><br>　　　　　Respondent. | )<br>)<br>)<br>)  No. 1:07-cv-41-DFH-JMS<br>)<br>)<br>)<br>) |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed for lack of jurisdiction.**

_David F. Hamilton_
DAVID F. HAMILTON, Judge
United States District Court

Date: 4/16/2007

Laura Briggs, Clerk
United States District Court

_Linda S Carmichael_
By: Deputy Clerk

Distribution:

Linda Sue Leonard
INDIANA STATE ATTORNEY GENERAL
linda.leonard@atg.in.gov

Aaron Blanche
DOC #873610
Wabash Valley Correctional Facility
P.O. Box 1111
Carlisle, IN 47838